JS-6

FILED
CLERK, U.S. DISTRICT COURT

SEP 22 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NERMINE AZER, an individual; MACHE BELLINGER, an individual; SANDRA CAMPBELL, an individual; ANITA CHOATE-HARRIS, an individual; TIFFANY CRIDER, an individual; VALERIE DILLON, an individual; KAYLA FORBUS, an individual; CANDACE LADNER, an individual; RANDA LEE, an individual; CYNTHIA POLAK, an individual; KIMBERLY RENDER, an individual; DEBRA SERVATY, an individual; CASSEY TOUCHET, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>BAYER CORPORATION, an Indiana corporation; BAYER HEALTHCARE PHARMACEUTICALS INC., a Delaware corporation; BAYER HEALTHCARE, LLC, a Delaware limited liability company; BERLEX LABORATORIES INTERNATIONAL, INC., a Delaware corporation; BAYER SCHERING PHARMA AG, a German corporation; | ED Case No. 10-CV-1273-~~VAP (OPx)~~ AHM (RZx)<br><br>Assigned to: Hon. ~~Virginia A. Phillips~~ AHM<br><br>[~~Proposed~~] **ORDER REMANDING CASE** |

---

| | |
|---|---|
| 1 | BAYER AG, a German corporation;            ) |
| 2 | SCHERING AG, a German corporation;         ) |
|   | TEVA PHARMACEUTICAL                        ) |
| 3 | INDUSTRIES LTD., an Israeli                ) |
|   | corporation; BARR                          ) |
| 4 | PHARMACEUTICALS, INC., a Delaware )        |
| 5 | corporation; MCKESSON                      ) |
|   | CORPORATION, a Delaware corporation; )     |
| 6 | and DOES 1-50,                             ) |
| 7 |             Defendants.                    ) |
| 8 | _____ )      |

Upon consideration of the parties' stipulation to remand this action, it is hereby ordered that this action is **REMANDED**. Each party shall bear his/her or its own costs and attorneys' fees incurred in connection with the removal and other proceedings in this Court.

**IT IS SO ORDERED.**

Dated: SEP 2 2 2010

_____
A. HOWARD MATZ
Hon. ~~Virginia A. Phillips~~
United States District Judge

2

**[PROPOSED] ORDER REMANDING CASE**